UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DR. JULIO LICINIO, MD, PhD, MBA,

                      Plaintiff,                **PETITION FOR REMOVAL**

      -against-                          5:19-CV-1152[GLS/ATB]

SUNY UPSTATE MEDICAL UNIVERSITY,

                      Defendant.

To: The Judges of the United States District Court for the Northern District of New York.

      Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and authorized by 42 U.S.C. § 12131, *et seq*., Defendant SUNY Upstate Medical University, by its undersigned attorney, LETITIA JAMES, Attorney General of the State of New York, and Timothy Mulvey, Assistant Attorney General, of counsel, hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Supreme Court of the State of New York, County of Onondaga, to the United States District Court for the Northern District of New York. Removing defendant appears for the purpose of removal only and for no other purpose and reserve all rights, claims and defenses of any nature whatsoever, including but not limited to, defenses related to service of process, jurisdiction, and venue, and state as follows:

      1.      On or about September 13, 2019, Plaintiff served the Office of the Attorney General with, among other things, an application for an Order to Show Cause containing a Preliminary Injunction, which application was filed on the same date in New York State Supreme Court, Onondaga County, captioned as *Licinio v. SUNY Upstate Med. Univ.*, Index No. 008417/2019.

      2.      The above described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one which may be removed to this court

1

by the Petitioner pursuant to the provisions of 28 U.S.C. § 1441 in that the action arises, *inter alia*, under federal law, namely, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681 *et seq.*

3. In his application for an Order to Show Cause ("OSC") and Memorandum of Law in Support of the OSC, Plaintiff alleges that he has been removed from his positions of Senior Vice President for Academic Health Affairs and Dean of the College of Medicine in violation of his employment contract and in retaliation for his opposition to race, national origin, and gender discrimination. (OSC, at p. 1; Mem. of Law, at p. 5; Licinio Aff.).

4. Plaintiff filed his Affidavit in support of his application for an Order to Show Cause on the state court docket (No. 1) as a "petition" and refers to himself as "petitioner" in his supporting papers. Defendant hereby files the petition and all supporting papers accordingly.

5. Petitioner submits the filing fee in the amount of $400.00.

WHEREFORE, Petitioner requests that the above action now pending in the Onondaga County Supreme Court be removed to this Court.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2019

                LETITIA JAMES
                Attorney General of the State of New York
                Attorney for Defendant

                /s/ *Timothy P. Mulvey*
                By: Timothy P. Mulvey
                    Assistant Attorney General
                    Bar Roll No. 510757
                    300 So. State St., Suite 300
                    Syracuse, New York 13202
                    Telephone: (315) 448-4800