SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA

| | |
|---|---|
| DR. JULIO LICINIO, MD, PhD, MBA, | **NOTICE OF FILING** |
| Plaintiff, | **and** |
| | **NOTICE OF REMOVAL** |
| -against- | |
| | Index No. 008417/2019 |
| SUNY UPSTATE MEDICAL UNIVERSITY, | |
| Defendant. | |

Please take notice that the Defendant in the above-entitled action, on September 16, 2019, CM/ECF filed with the Clerk of the United States District Court for the District of New York, the original of the attached Petition for Removal of the action.

I verify under penalty of perjury that the foregoing is true and correct.

                                          LETITIA JAMES
                                          Attorney General of the State of New York
                                          Attorney for Defendant
                                          300 South State Street, Suite 300
                                          Syracuse, New York 13202
                                          By: s/*Timothy P. Mulvey*
                                                Timothy P. Mulvey
                                          Assistant Attorney General
                                          Bar Roll No. 510757
                                          Telephone:   (315) 448-4800

Date: September 16, 2019
       Syracuse, New York

TO:   Onondaga County Clerk
       401 Montgomery St.
       Room 200
       Syracuse, NY 13202

Sarah E. Ruhlen, Esq.
Attorney for Plaintiff
Satter Law Firm, PLLC
217 South Salina Street, 6th Fl.,
Syracuse, New York 13202